**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 22- 02 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs.<br><br>ALEX STEPHEN SCHMIDT and<br>RICHMOND JAMES MCKEE,<br><br>Defendants. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21 U.S.C. § 846<br>(Count I)<br>(Penalty for Methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release);<br>(Penalty for Heroin: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release);<br>(Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release.) |

1

| | |
|---|---|
| | **POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES**<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>**(Count II)**<br>(Penalty for Methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release);<br>(Penalty for Heroin: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release);<br>(Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release.)<br><br>**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>**(Count III)**<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release.)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

In or about June of 2021 through November 11, 2021, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, ALEX STEPHEN SCHMIDT and RICHMOND JAMES MCKEE, knowingly and

2

unlawfully conspired with each other and others both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperdinyl]propenamide, *aka Fentanyl*, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

In or about June of 2021 through November 11, 2021, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, ALEX STEPHEN SCHMIDT and RICHMOND JAMES MCKEE, knowingly and unlawfully possessed with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperdinyl]propenamide, *aka Fentanyl*, a Schedule II controlled substance, and did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

In or about June of 2021 through November 11, 2021, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, ALEX STEPHEN SCHMIDT, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely conspiracy to possess with the intent to distribute controlled substances and possession with the intent to distribute controlled substances, as alleged in Counts I and II above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____ For

LEIF M. JOHNSON
United States Attorney

_____ for

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney