IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHMOND JAMES MCKEE, <br><br> Defendant. | CR 22-2-M-DLC <br><br> FINDINGS & RECOMMENDATION CONCERNING PLEA |

  The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of conspiracy to possess with the intent to distribute controlled substances (heroin) in violation of 21 U.S.C. § 846, as set forth in the Count I of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss the portion of Count I alleging methamphetamine and fentanyl and Count II of the Indictment.

  After examining the Defendant under oath, I have made the following determinations:

  1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

  2. That the Defendant is aware of the nature of the charge against him and

1

consequences of pleading guilty to the charge,

    3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

    4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the portion of Count I of the Indictment alleging heroin, and that sentence be imposed. I further recommend that the portion of Count I alleging methamphetamine and fentanyl and Count II of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

    DATED this 12th day of October, 2022.

                                          _____
                                          Kathleen L. DeSoto
                                          United States Magistrate Judge